**STEWART LEE KARLIN LAW GROUP, P.C.**
**DANIEL DUGAN, ESQ.**
**111 JOHN ST, 22ND Fl.**
**NEW YORK, NEW YORK 10038**
**TEL: (212) 792-9670**
**FAX: (844) 636-1021**
Dan@stewartkarlin.com

| | |
|---|---|
| MEMBER OF THE BAR<br>NEW JERSEY & NEW YORK | Concentrating in Employment, Insurance and<br>Education Law and Commercial Litigation |

May 1, 2025

<u>Via ECF</u>
Clerk, United States District Court
District of New Jersey
50 Walnut, Room 4015
Newark, NJ 07101

      Re:   <u>Gonel v. Essex County College</u>
              2:25-cv-00950-SDW-JSA

Dear Sir/Madam:

I represent the Plaintiff Alandre Gonel in the above-referenced action. Defendant's motion to dismiss, filed on April 17, 2025, is currently set for the May 19, 2025, motion date. The motion date has not previously been extended or adjourned. I respectfully request that the motion date be adjourned to June 2, 2025, pursuant to Local Civil Rule 7.1(d)(5), with Plaintiff's opposition due on May 19, 2025, and Defendant's reply due on May 27, 2025. Defendant has graciously consented to this request.

Thank you for your attention to this matter.

                                            Sincerely,

                                            DANIEL E. DUGAN, ESQ.

cc:   <u>Via ECF</u>
      Domenick Carmagnola
      *Counsel for Defendants*